OHIO STATE BAR ASSOCIATION *v.* JEWETT.

[Cite as Ohio State Bar Assn. *v.* Jewett (1984), 11 Ohio St. 3d 22.]

(D.D. No. 83-41—Decided May 9, 1984.)

*Mr. Albert L. Bell* and *Mr. John R. Welch,* for relator.
*Mr. William L. Stehle,* for respondent.

*Per Curiam.* We have carefully reviewed the findings of the board, and concur that respondent violated the aforementioned Disciplinary Rules. Insofar as no objections have been made, we adopt the board's recommendation and order respondent suspended from the practice of law for a period of one year.

*Judgment accordingly.*

CELEBREZZE, C.J., W. BROWN, SWEENEY, LOCHER, HOLMES, C. BROWN and J. P. CELEBREZZE, JJ., concur.